DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LABRONX BAILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2983

_____

April 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Labronx Bailey, pro se.

PER CURIAM.

    Affirmed.

MORRIS, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.